Case 4:20-cv-00575   Document 147   Filed on 04/03/23 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 03, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOEL FIELD, Individually and for Others Similarly Situated,<br><br>    Plaintiff<br><br>v.<br><br>ANADARKO PETROLEUM CORPORATION,<br><br>    Defendant | Case No 4:20-cv-00575 |

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND RELEASE AND DISMISSAL OF LAWSUIT WITH PREJUDICE

Before the Court is Plaintiff's Unopposed Motion for Approval of Confidential Settlement Agreement and Release and Dismissal of Lawsuit with Prejudice (the "**Motion**"). Plaintiff Joel Field ("**Plaintiff**"), individually and on behalf of all others Plaintiff claims to be similarly situated, and Defendant Anadarko Petroleum Corporation ("**Defendant**") (together, the "**Parties**") have arrived at a settlement and have requested Court approval of their Confidential Settlement Agreement and Release (the "**Agreement**"). After considering Plaintiff's Motion (Doc. No. 145), including the Parties' Agreement, which was filed under seal and is attached at Exhibit A to Plaintiff's Motion and its exhibits, and noting that the Motion is unopposed, the Court hereby finds and orders as follows:

    1.    The Court **FINDS** that the settlement memorialized in the Parties' Agreement attached as Exhibit A to the Motion falls within the range of reasonableness and, therefore, meets the requirements for approval.

    2.    The Court **APPROVES** in its entirety the Parties' Agreement attached as Exhibit A to Plaintiff's Motion.

3. The Court **APPROVES** the full and final extinguishment of the Plaintiffs' claims as it applies to the Released Parties, as set forth in the Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("**FLSA**").

4. The Court **APPOINTS**, for settlement purposes only, Josephson Dunlap, LLP and Bruckner Burch, PLLC as Class Counsel for the purposes of Settlement and the releases and other obligations therein.

5. The Court **FINDS** Class Counsel's Fee Award and Cost Award, as provided in the Agreement, are fair and reasonable.

6. The Court **FINDS** Plaintiff's Service Award, as provided in the Agreement, is fair and reasonable.

7. The Court therefore **APPROVES** Plaintiff's Service Award.

8. This Court **APPROVES** ILYM as the Claims Administrator, as provided in the Agreement, to perform duties and administer the Parties' settlement in accordance with the terms of the Agreement.

9. Neither this Order, Plaintiff's Motion, the Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence: (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, or comparable state laws or rules, (b) of an adjudication of the merits of this litigation, (c) of an adjudication of any of the matters subject to the Released Claims against the Released Parties in the Agreement (except for the res judicata effect of such Released Claims with respect to the Plaintiffs), (d) that any party has prevailed in this case, or (e) that Defendant has engaged in any wrongdoing.

10. The Court hereby **DISMISSES** this lawsuit and all claims asserted or that could have been asserted therein **WITH PREJUDICE** in accordance with the Agreement, including the claims

of Plaintiffs.

      **IT IS SO ORDERED** this __3rd__ day of _____April_____, 2023.

_____
**UNITED STATES DISTRICT COURT JUDGE**